UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISNI NEZAJ,

Plaintiff,

- against -

249 WEST 29 OWNERS CORP. ET AL.,

Defendants.

26-cv-7444 (JGK)

Order

JOHN G. KOELTL, District Judge:

The plaintiff filed the complaint on August 31, 2026. ECF No. 1. On September 7, 2026, the plaintiff filed a return of service indicating that service had been made on the defendants on September 4, 2026. ECF No. 5. Pursuant to Rule 12(a) of the Federal Rules of Civil Procedure, the defendants were therefore required to answer or otherwise respond by September 25, 2026. To date, the defendant has failed to do so.

The time for the defendant to answer or respond to the complaint is extended until **October 19, 2026.** Failure to respond to the complaint by this date may result in the entry of a default and a default judgment against the defendant. The plaintiff is directed to serve this Order on the defendant by **October 5, 2026**, and to file proof of service on the docket.

SO ORDERED.

Dated: New York, New York
September 28, 2026

John G. Koeltl
United States District Judge